NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMMA D'ANGELO,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7145

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1548, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Emma D'Angelo moves for a 60-day extension of time to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that D'Angelo's brief is due within 60 days of the date of filing of this order.

FOR THE COURT

AUG 0 8 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Emma D'Angelo
K. Elizabeth Witwer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK